# EXHIBIT A

## NetComics

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STL331224 | FIRST NIGHT WITH DUKE GN VOL 0 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 2,693 |
| STL329501 | FIRST NIGHT WITH DUKE GN VOL 0 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 2,458 |
| STL314062 | FIRST NIGHT WITH DUKE GN VOL 0 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 2,358 |
| STL271510 | FIRST NIGHT WITH DUKE GN VOL 0 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 2,354 |
| STL314063 | FIRST NIGHT WITH DUKE GN VOL 0 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 2,347 |
| STL271511 | FIRST NIGHT WITH DUKE GN VOL 0 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 2,193 |
| STL271509 | FIRST NIGHT WITH DUKE GN VOL 0 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 1,647 |
| STK676195 | CHIRO GN VOL 02 STAR PROJECT | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 1,284 |
| STL092080 | GREATEST VILLAIN GN VOL 01 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 1,172 |
| STK684399 | CHIRO GN VOL 03 STAR PROJECT ( | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 1,101 |
| STL237892 | PRINCE BARI GN VOL 05 (C: 0-1- | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 963 |
| STL237894 | PRINCE BARI GN VOL 06 (C: 0-1- | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 895 |
| STL099105 | TO TAKE AN ENEMYS HEART GN VOL | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 849 |
| STL099101 | TO TAKE AN ENEMYS HEART GN VOL | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 772 |
| STL244252 | WAREHOUSE GN VOL 04 (A) (C: 1- | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 734 |
| STK695604 | CHIRO GN VOL 04 STAR PROJECT ( | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 706 |
| STK672894 | CHIRO GN VOL 01 STAR PROJECT | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 700 |
| STL144492 | PRINCE BARI GN VOL 03 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 693 |
| STL144493 | PRINCE BARI GN VOL 04 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 689 |
| STK651104 | THE PRINCE GN (NETCOMICS EDITI | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 669 |
| STL092077 | PRINCE BARI GN VOL 01 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 652 |
| STK660066 | TOTALLY CAPTIVATED GN VOL 05 N | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 636 |
| STK660067 | TOTALLY CAPTIVATED GN VOL 04 ( | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 634 |
| STL009723 | HIS HOUSE GN VOL 01 (OF 3) (MR | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 580 |
| STL244253 | WAREHOUSE GN VOL 05 (A) (C: 1- | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 577 |
| STL237896 | WAREHOUSE GN VOL 01 (A) (C: 1- | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 533 |
| STK683714 | TOTALLY CAPTIVATED GN VOL 01 N | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 489 |
| STL052048 | GIVE TO THE HEART MEMORIES GN | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 452 |
| STL099110 | CHIRO GN VOL 12 STAR PROJECT ( | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 443 |
| STL237900 | WAREHOUSE GN VOL 03 (A) (C: 1- | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 429 |
| STK695606 | GIVE TO THE HEART GN VOL 06 (C | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 419 |
| STK672896 | GIVE TO THE HEART GN VOL 03 (M | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 404 |
| STK651103 | GIVE TO THE HEART GN VOL 02 (M | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 402 |
| STL029499 | CHIRO GN VOL 07 STAR PROJECT | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 397 |
| STL029445 | GIVE TO THE HEART MEMORIES GN | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 387 |
| STL019218 | CHIRO GN VOL 06 STAR PROJECT | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 380 |
| STL009729 | INTENSE GN VOL 01 (OF 4) (MR) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 371 |
| STL009727 | HIS HOUSE GN VOL 03 (OF 3) (MR | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 371 |
| STL006846 | CHIRO GN VOL 05 STAR PROJECT ( | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 367 |
| STL128984 | TO TAKE AN ENEMYS HEART GN VOL | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 361 |
| STK362649 | LET DAI GN VOL 12 (OF 15) (MR) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 356 |
| STL110982 | PRINCE BARI GN VOL 02 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 348 |
| STL079886 | CHIRO GN VOL 10 STAR PROJECT | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 348 |
| STK402379 | ADVENTURES OF YOUNG DET GN VOL | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 346 |
| STL128983 | TO TAKE AN ENEMYS HEART GN VOL | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 342 |
| STL062313 | GIVE TO THE HEART MEMORIES GN | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 342 |
| STL019227 | GIVE TO THE HEART GN VOL 08 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 342 |
| STL062311 | CHIRO GN VOL 09 STAR PROJECT ( | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 340 |
| STL237898 | WAREHOUSE GN VOL 02 (A) (C: 1- | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 330 |
| STL052045 | CHIRO GN VOL 08 STAR PROJECT | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 323 |

| STOCK CODE | DESC_1 | VENDOR_NO | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUMOFONHAND_QTY |
|---|---|---|---|---|---|---|
| STK364626 | LET DAI GN VOL 13 (OF 15) (MR) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 322 |
| STK695602 | BEHIND STORY GN VOL 03 (OF 3) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 321 |
| STK684402 | GIVE TO THE HEART GN VOL 05 (C | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 320 |
| STL006847 | GIVE TO THE HEART GN VOL 07 (C | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 314 |
| STL128985 | TO TAKE AN ENEMYS HEART GN VOL | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 313 |
| STL009725 | HIS HOUSE GN VOL 02 (OF 3) (MR | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 302 |
| STL079887 | SWEET BLOOD GN VOL 10 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 278 |
| STK676198 | GIVE TO THE HEART GN VOL 04 (M | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 269 |
| STK352653 | LET DAI GN VOL 10 (OF 15) (MR) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 264 |
| STL092074 | CHIRO GN VOL 11 STAR PROJECT | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 260 |
| STK643730 | TOTALLY CAPTIVATED GN VOL 06 N | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 244 |
| STK695605 | CORE SCRAMBLE GN VOL 03 (OF 3) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 238 |
| STL009735 | INTENSE GN VOL 04 (OF 4) (MR) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 224 |
| STK462790 | U DONT KNOW ME GN (NEW PTG) (M | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 211 |
| STK676204 | CORE SCRAMBLE GN VOL 01 (OF 3) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 210 |
| STK331501 | LET DAI VOL 6 GN (0F 15) (C: 0 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 202 |
| STL062312 | DREAMS OF THE DAYS GN (MR) (C: | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 197 |
| STK361192 | LET DAI GN VOL 11 (OF 15) (MR) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 187 |
| STK318302 | LET DAI VOL 4 GN (OF 15) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 181 |
| STK345145 | LETS BE PERVERTS VOL 4 GN (MR) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 180 |
| STL009734 | INTENSE GN VOL 03 (OF 4) (MR) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 161 |
| STK352645 | CLICK GN VOL 05 (C: 0-1-2) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 159 |
| STL029447 | SWEET BLOOD GN VOL 07 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 157 |
| STK342613 | LET DAI VOL 8 GN (0F 15) (MR) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 151 |
| STL060003 | TOTALLY CAPTIVATED GN VOL 02 N | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 150 |
| STK684403 | CORE SCRAMBLE GN VOL 02 (OF 3) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 148 |
| STK402375 | AGE CALLED BLUE GN (A) (C: 1-0 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 144 |
| STL009733 | INTENSE GN VOL 02 (OF 4) (MR) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 136 |
| STK624051 | TOTALLY CAPTIVATED SIDE STORY | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 126 |
| STK310418 | GREAT CATSBY GN VOL 02 (OF 6) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 114 |
| STL006848 | SWEET BLOOD GN VOL 05 (C: 0-0- | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 109 |
| STL031903 | TOTALLY CAPTIVATED SIDE STORY | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 105 |
| STK327827 | BOY PRINCESS VOL 5 GN (0F 9) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 101 |
| STK361191 | CLICK GN VOL 06 (OF 8) (C: 0-1 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 99 |
| STL031902 | TOTALLY CAPTIVATED SIDE STORY | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 93 |
| STL080194 | TOTALLY CAPTIVATED GN VOL 03 N | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 92 |
| STK364625 | CLICK GN VOL 08 (OF 8) (C: 0-1 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 92 |
| STK379597 | LET DAI GN VOL 15 (OF 15) (MR) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 85 |
| STL119228 | TO TAKE AN ENEMYS HEART GN VOL | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 83 |
| STL019234 | SWEET BLOOD GN VOL 06 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 75 |
| STK322512 | LETS BE PERVERTS VOL 1 GN (OF | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 70 |
| STK315976 | GREAT CATSBY GN VOL 03 (OF 6) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 63 |
| STK684404 | BEHIND STORY GN VOL 02 (OF 3) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 62 |
| STL052047 | SWEET BLOOD GN VOL 08 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 59 |
| STK367003 | 100 PERCENT PERFECT GIRL GN VO | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 52 |
| STK347868 | LET DAI VOL 9 GN (0F 15) (MR) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 52 |
| STL110983 | TO TAKE AN ENEMYS HEART GN VOL | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 50 |
| STL062314 | SWEET BLOOD GN VOL 09 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 45 |
| STK403737 | BLACK WINGED LOVE GN (A) (C: 1 | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 39 |
| STK315982 | LETHE GN (MR) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 32 |
| STK337552 | LET DAI VOL 7 GN (0F 15) (MR) | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 28 |
| STK695603 | SWEET BLOOD GN VOL 04 (C: 0-0- | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 9 |
| STK370556 | TOTALLY CAPTIVATED GN VOL 03 ( | 7013 | NETCOMICS | 3 | BOOKS - GRAPHIC NOVELS | 1 |