

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re: | Chapter 11 |
| Diamond Comic Distributors, Inc., *et al.*, | Case No. 25-10308 (DER) |
| Debtors. | (Jointly Administered) |
| Diamond Comic Distributors, Inc., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-00254 (DER) |
| Netcomics, | **Re Adv. Doc. No. 6** |
| Defendant. | |

### JUDGMENT BY DEFAULT

Upon consideration of the Complaint and the *Debtor's Motion for Entry of Default Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7055* (the "Motion")[1] in the above-captioned Adversary Proceeding; and it further appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation thereon,

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

56597422.2

**NOW, THEREFORE, THE COURT HEREBY FINDS THAT:**

A.  Notice of the Motion was adequate under the circumstances;

B.  Sufficient legal and factual bases exist for the relief requested in the Motion; and

C.  The Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157(b)(2) and 1334.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1.  Judgement by default is hereby entered against the Defendant in favor of the Debtor as to Count I of the Complaint pursuant to Federal Rule 55(b)(2), made applicable to the Adversary Proceeding by Bankruptcy Rule 7055.

2.  The Debtor has an interest in the Defendant Supplied Consigned Inventory superior to the interest of the Defendant.

3.  The Debtor's interest in the Defendant Supplied Consigned Inventory constitutes property of the Debtor's estate within the meaning of section 541(a) of the Bankruptcy Code.

4.  Subject to further order of the Court, the Debtor may sell or otherwise dispose of the Defendant Supplied Consigned Inventory pursuant to Bankruptcy Code section 363(b), without regard to the Agreement, free and clear of any liens, claims, encumbrances and interests in the Defendant Supplied Consigned Inventory held or asserted by the Defendant pursuant to Bankruptcy Code section 363(f).

5.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**END OF ORDER**

56597422.2